IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JON MUNFORD,** | ) | **CASE NO. 4:10CV3190** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE, as** | ) | |
| **Commissioner of the Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Court's own motion following the Defendant's recent status report (Filing No. 13).  In the report, the Defendant stated that the Eighth Circuit has decided *Petersen v. Astrue,* No. 09-2374, affirming the decision of the district court that reversed the decision of the Commissioner.  The Defendant notes that the deadline for the filing of a petition for a writ of certiorari is May 4, 2011.

IT IS ORDERED that the Defendant shall file a status report on or before May 5, 2011.

DATED this 20th day of April, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge