IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JON MUNFORD, | ) | CASE NO. 4:10CV3190 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, as Commissioner of the Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's unopposed motion to extend the stay (Filing No. 15). The Defendant requests an additional 14 days to allow government counsel to determine the Commissioner's next course of action in light of a similar case recently decided by the Eighth Circuit Court of Appeals.

IT IS ORDERED:

1. The Defendant's unopposed motion to extend the stay (Filing No. 15) is granted;

2. The Defendant shall filed a status report on May 19, 2011.

DATED this 6th day of May, 2011.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge